IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**MARY TONEY**                                                                  **PLAINTIFF**

**VS.**                          **CASE NO.  4:05CV000929 JMM**

**IC CORPORATION**                                                              **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered on this day, it is Considered, Ordered and Adjudged that this complaint be, and it is hereby, dismissed.

IT IS SO ORDERED this   18   day of December, 2006.


_____
James M. Moody
United States District Judge